## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **BRYAN QUIROS IRIZARRY**<br>SSN xxx-xx-3052<br><br>Debtor(s) | CASE NO: **19-02714-EAG**<br><br>Chapter 13 |

### TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **NYDIA GONZALEZ ORTIZ\***

Total Agreed: **$3,000.00**     Paid Pre-Petition: **$290.00**     Outstanding (Through the Plan): **$2,710.00**

---

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

**Debtor's/s' Commitment Period:** ☑ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: **$0.00**

**Liquidation Value: $0.01**   Estimated Priority Debt: **$0.00**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately **$0.01**

With respect to the (amended) Plan date: **Jun 08, 2019  (Dkt  13)**     Plan Base: **$31,750.00**

**The Trustee:**    ☐ **DOES NOT OBJECT**   ☑ **OBJECTS**   Plan Confirmation   Gen. Uns. Approx. Dist.: 2.4 %

The Trustee objects to confirmation for the following reasons:

---

[1325(a)(9)] Tax Requirements – Debtor(s) fails to comply with Tax Return filing requirement of [1308].

--Debtor has failed to file the 2016 tax return. Debtor filed a Form 2781 explaining he did not file tax return because he was a student. However, Debtor financed a vehicle on March 14, 2016 in Tennessee. Therefore, Debtor did not file the tax return for the mentioned tax year.
Also, Trustee cannot determine if debtor needs to to file the 1040 PR due to the false information included in the tax returns.

---

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: July 10, 2019

/s/ Mayra Arguelles, Esq.

---

Last Docket Verified: 15    Last Claim Verified: 5    CMC: